**FILED**
December 12, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>              Plaintiff,              )<br>v.                                                    )<br>                                                          )<br>HENRY CHANG,                         )<br>                                                          )<br>              Defendant.           ) | Case No. CR.S-08-0544-GEB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release HENRY CHANG, Case No. CR.S-08-0544-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    _X_   Bail Posted in the Sum of: $150,000.00.

        _X_   Unsecured Appearance Bond (Interim)

        _X_   Appearance Bond with Surety (All available equity in subject property up to $150,000.00)

        _X_   (Other) Conditions as previously stated on the record.

        _X_   (Other) Secured bond paperwork due within 2 weeks from 12/12/08.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   12/12/08   at  2:55 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge