```
 1  Fred N. Dawson
    Attorney at Law
 2  Ca. St. Bar No.43306
    P.O. Box 400
 3  Fair Oaks, CA  95628
    Telephone:  (916) 498-1300
 4
    Attorney for Defendant
 5  Jason Lee

 6

 7                IN THE UNITED STATES DISTRICT COURT

 8              FOR THE EASTERN DISTRICT OF CALIFORNIA

 9

10  UNITED STATES OF AMERICA,    )   CR NO. S-08-00544 GEB
                                 )
11          Plaintiff,           )   STIPULATION AND
                                 )   [PROPOSED] ORDER CONTINUING
12      v.                       )   STATUS CONFERENCE
                                 )
13  HENRY CHANG, et al.,         )
                                 )   Date:  4/10/09
14          Defendants.          )   Time:  9:00 a.m.
                                 )   Judge: Hon. Garland E.
15                                          Burrell

16

17       IT IS HEREBY stipulated between the United States of America

18  through its undersigned counsel, Michael M. Beckwith, Esq.,

19  Assistant United States Attorney, together with counsel for

20  defendant Jason Lee, Fred N. Dawson, Esq., and defendant Henry

21  Chang, Kenny Giffard, Esq., that the status conference presently

22  set for April 10, 2009 be **continued to April 24, 2009, at 9:00**

23  **a.m.**, thus **vacating** the presently set status conference.  Counsel

24  for the parties agree that this is an appropriate exclusion of

25  time within the meaning of Title 18, United States Code §

26  3161(h)(8)(B)(iv) (continuity of counsel/ reasonable time for

27  effective preparation, specifically the defense would like time

28  to review proposed plea agreements) and Local Code T4, and agree

                                    1
```

to exclude time from the date of the filing of the order until the date of the status conference April 24, 2009.

IT IS SO STIPULATED.

Dated: April 7, 2009                          /s/ Fred N. Dawson
                                                FRED N. DAWSON
                                                Attorney for Defendant
                                                Jason Lee

Dated: April 7, 2009                          /s/ Kenny Giffard
                                                KENNY GIFFARD
                                                Attorney for Defendant
                                                Henry Chang

Dated: April 7, 2009                          McGREGOR W. SCOTT
                                                United States Attorney

                                           by: /s/ Michael M. Beckwith
                                                MICHAEL M. BECKWITH
                                                Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR.S-08-00544 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | [PROPOSED] ORDER TO |
| | ) | CONTINUE STATUS CONFERENCE |
| HENRY CHANG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

GOOD CAUSE APPEARING, it is hereby ordered that the April 10, 2009 status conference be continued to April 24, 2009 at 9:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to April 24, 2009.

IT IS SO ORDERED.

Dated: April 8, 2009

GARLAND E. BURRELL, JR.
United States District Judge