Fred N. Dawson (SBN 43306)
Post Office Box 400
Fair Oaks, CA  95628
Telephone: (916) 498-1300

Attorney for Defendant
JASON LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: S-08-00544 GEB |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| vs. | |
| HENRY CHANG, et al., | Date:  4/24/09<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell |
| Defendants. | |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Esq., Assistant United States Attorney, together with counsel for defendant Jason Lee, Fred N. Dawson, Esq., and defendant Henry Chang, Kenny Giffard, Esq., that the status conference presently set for April 24, 2009 be continued to May 29, 2009, at 9:00 a.m., thus vacating the presently set status conference.  Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code §3161(h)(8)(B)(iv) (continuity of counsel/reasonable time for

1  effective preparation, specifically the defense needs additional
2  time to review proposed plea agreements with the assistance of
3  the interpreter) and Local Code T4, and agree to exclude time
4  from the date of the filing of the order until the date of the
5  next status conference May 29, 2009.
6  IT IS SO STIPULATED.
7  DATED:   April 23, 2009    McGREGOR W. SCOTT
                              United States Attorney
8

9
                             _/s/ Michael Beckwith_____
10                            MICHAEL M. BECKWITH
                              Assistant United States Attorney
11
12 DATED:   April 23, 2009    _/s/ Fred N. Dawson_____
                              FRED N. DAWSON
13                            Attorney for Defendant
                              Jason Lee
14
15 DATED:   April 23, 2009    _/s/ Kenny Giffard_____
                              KENNY GIFFARD
16                            Attorney for Defendant
                              Henry Chang

**PROPOSED ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the April 24, 2009 status conference be continued to May 29, 2009 at 9:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's need for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial with 70 days. THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 from the date of this order to May 29, 2009.
IT IS SO ORDERED.

Dated: 4/23/09

_____
GARLAND E. BURRELL, JR.
United States District Judge