1  KENNY N. GIFFARD, State Bar No. 101727
   Attorney at Law
2  2214 21st Street
   Sacramento, California 95818
3  Telephone: (916) 456-3030

4  Attorney for Defendant
   HENRY CHANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.   S-08-00544 GEB |
|---|---|
| Plaintiff, | **STIPULATION AND (PROPOSED) ORDER CONTINUING STATUS CONFERENCE** |
| vs. | Date: 8-28-2009 |
| HENRY CHANG, et al, | Time: 9:00 a.m. |
| Defendants. | Judge: Honorable Garland E. Burrell |

IT IS HEREBY STIPULATED between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant Henry Chang, Kenny N. Giffard, Esq., that the status conference presently set for August 28, 2009, be continued to September 25, 2009, at 9:00 a.m., thus vacating the presently set status conference. Counsel for the parties agree that this is an appropriate exclusion within the meaning of Title 18, United States Code § 3161(h)(8)(iv) (continuity of counsel/reasonable time for effective preparation, specifically the defense needs additional time to review discovery and applicable case law concerning a proposed resolution by the People) and Local Code T4, and agree to exclude

1

1  time from the date of filing of the order herein until the date of the next status conference
2  set for September 25, 2009.
3  IT IS SO STIPULATED:
4  Dated: August 27, 2009                    LAWRENCE G. BROWN
                                              Acting United States Attorney

6                                             /s/ Michael M. Beckwith
                                              _____
7                                             MICHAEL M. BECKWITH
                                              Assistant United States Attorney

9  Dated: August 27, 2009

11                                            /s/ Kenny N. Giffard
                                              _____
12                                            KENNY N. GIFFARD
                                              Attorney for Defendant
13                                            Henry Chang

2

STIPULATION AND (PROPOSED) ORDER CONTINUING STATUS CONFERENCE

**PROPOSED ORDER**

GOOD CAUSE THERE APPEARING, it is hereby ordered that the August 28, 2009, status conference be continued to September 25, 2009, at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's needs for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.

THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) and Local Code T4 from the date of this order to September 25, 2009.

IT IS SO ORDERED.

Dated:  August 31, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge