KENNY N. GIFFARD, State Bar No. 101727
Attorney at Law
2214 21st Street
Sacramento, California 95818
Telephone: (916) 456-3030

Attorney for Defendant
HENRY CHANG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   S-08-00544 GEB |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| vs. | Date:  11-20-2009 |
| HENRY CHANG, et al, | Time:  9:00 a.m. |
| Defendants. | Judge:  Honorable Garland E. Burrell |
| _____/ | |

IT IS HEREBY STIPULATED between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant Henry Chang, Kenny N. Giffard, Esq., that the status conference presently set for November 20, 2009, be continued to December 11, 2009, at 9:00 a.m., thus vacating the presently set status conference.  Counsel for the parties agree that this is an appropriate exclusion within the meaning of Title 18, United States Code § 3161(h)(8)(iv) (continuity of counsel/reasonable time for effective preparation, specifically the defense needs additional time to review discovery and applicable case law concerning a proposed resolution by the People) and Local Code T4, and agree to exclude

1

1  time from the date of filing of the order herein until the date of the next status conference
2  set for December 11, 2009.
3  IT IS SO STIPULATED:
4  Dated: November 17, 2009                    BENJAMIN WAGNER
                                               United States Attorney

6                                              /s/ Michael M. Beckwith
                                               _____
7                                              MICHAEL M. BECKWITH
                                               Assistant United States Attorney

9  Dated: November 17, 2009

11                                             /s/ Kenny N. Giffard
                                               _____
12                                             KENNY N. GIFFARD
                                               Attorney for Defendant
13                                             Henry Chang

2

STIPULATION AND (PROPOSED) ORDER CONTINUING STATUS CONFERENCE

**ORDER**

GOOD CAUSE THERE APPEARING, it is hereby ordered that the November 20, 2009, status conference be continued to December 11, 2009, at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's needs for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.

THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) and Local Code T4 from the date of this order to December 11, 2009.

IT IS SO ORDERED.

Dated:  November 23, 2009

GARLAND E. BURRELL, JR.
United States District Judge