1  KENNY N. GIFFARD, State Bar No. 101727
   Attorney at Law
2  2214 21st Street
   Sacramento, California 95818
3  Telephone: (916) 456-3030

4  Attorney for Defendant
   HENRY CHANG

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   S-08-00544 GEB |
| Plaintiff, | **STIPULATION AND (PROPOSED) ORDER CONTINUING SENTENCING HEARING** |
| vs. | Date:  3-12-2010 |
| HENRY CHANG, et al, | Time:  9:00 a.m. |
| Defendants. | Judge:  Honorable Garland E. Burrell |
| _____/ | |

IT IS HEREBY STIPULATED between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant Henry Chang, Kenny N. Giffard, Esq., that the sentencing hearing presently set for March 12, 2010, be continued to April 2, 2010, at 9:00 a.m., thus vacating the presently set sentencing hearing.  The recommended sentence and disposition varies from the plea agreement made by the parties, was timely objected-to by the defendant, and counsel for defendant needs additional time prior to sentencing to prepare and file a sentencing memorandum.

Assistant United States Attorney Michael M. Beckwith has authorized this

1

1 counsel to sign his name on this Stipulation and Proposed Order.

2 IT IS SO STIPULATED:

3 Dated: March 11, 2010

4                                             BENJAMIN WAGNER
                                            United States Attorney

6                                             /s/ Michael M. Beckwith

7                                             MICHAEL M. BECKWITH
                                            Assistant United States Attorney

9 Dated: March 11, 2010

11                                             /s/ Kenny N. Giffard

12                                             KENNY N. GIFFARD
                                            Attorney for Defendant
13                                             Henry Chang

STIPULATION AND (PROPOSED) ORDER CONTINUING SENTENCING HEARING

**PROPOSED ORDER**

GOOD CAUSE THERE APPEARING, it is hereby ordered that the March 12, 2010, sentencing hearing be continued to April 2, 2010, at 9:00 a.m.

IT IS SO ORDERED.

Dated: March 15, 2010

```
                          GARLAND E. BURRELL, JR.
                          United States District Judge
```

STIPULATION AND (PROPOSED) ORDER CONTINUING SENTENCING HEARING